# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TONEY AUNDRAY WASHINGTON**                              **PLAINTIFF**

**v.**                  **CASE NO. 4:18-CV-00625 BSM**

**STEVE LOPEZ, et al.**                                                       **DEFENDANTS**

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 21] have been reviewed. No objections have been filed. After careful review of the record, the proposed findings and recommendations are adopted in their entirety, and this case is dismissed, without prejudice, for failure to prosecute. *See* Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of December 2018.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE