# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TONEY AUNDRAY WASHINGTON**                                      **PLAINTIFF**

**v.**                 **CASE NO. 4:18-CV-00625 BSM**

**STEVE LOPEZ, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE